IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 4:00CV00345 WRW |
| | ) | | |
| Theresa L. Passmore | ) | | |
| Defendant, | ) | | |
| and | ) | | |
| | ) | | |
| First Security Bank Greenbrier | ) | | |
| Banking Center | ) | | |
| Garnishee | ) | | |

ORDER OF DISMISSAL

Upon motion of plaintiff to dismiss the garnishee in the above-styled cause action.

ORDERED AND ADJUDGED dismissed without prejudice.

Dated: October 19, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE